UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| SECURITY INSURANCE COMPANY OF HARTFORD, as successor to FIRE AND CASUALTY INSURANCE COMPANY OF CONNECTICUT,<br><br>        Petitioner,<br><br>V.<br><br>TRUSTMARK INSURANCE COMPANY,<br><br>        Respondent. | :<br>:<br>:<br>:  CIVIL NO. 3:03 CV 1000(PCD)<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:  JULY 31, 2006<br>:<br>: |

**APPLICATION FOR ORDER OF CONTEMPT
AND FOR ORDER TO SHOW CAUSE**

Petitioner Security Insurance Company of Hartford, as successor to Fire and Casualty Insurance Company of Connecticut, by its attorneys, Robinson & Cole LLP, respectfully moves this Court to hold Trustmark Insurance Company in contempt, enter judgment against Trustmark for $9,424,337 plus interest and expenses, and grant petitioner such other and further relief as the Court may think just and proper. Petitioner further requests that Trustmark be ordered to show cause why an Order of Contempt should not enter against it. The grounds for this application are set forth in the supporting memorandum of law, dated July 31, 2006, and the Declaration of Dennis T. Haver, made July 26, 2006.

                                      SECURITY INSURANCE COMPANY OF
HARTFORD, as successor to FIRE &
CASUALTY INSURANCE COMPANY OF
CONNECTICUT

By: _____
      Frank F. Coulom, Jr. (ct 05230)

Robinson & Cole LLP
280 Trumbull Street
Hartford, Connecticut 06103-5397
Tel: (860) 275-8200
Fax: (860) 275-8299

Of Counsel:

David J. Grais
Kathryn C. Ellsworth
Dewey Ballantine LLP
1301 Avenue of the Americas
New York, New York 10019-6092
Tel: (212) 259-8000
Fax: (212) 259-6333

## CERTIFICATION

This is to certify that on this 31st day of July, 2006, a copy of the foregoing Application for Order of Contempt and for Order to Show Cause was served by first class mail, postage prepaid, on the following counsel of record:

David Spector, Esq.
Everett J. Cygal, Esq.
Schiff, Hardin & White
6600 Sears Tower
Chicago, IL 60606-5600

Jeffrey R. Hellman, Esq.
Zeisler & Zeisler, P.C.
558 Clinton Avenue
P.O. Box 3186
Bridgeport, CT 06605-0186

_____
Frank F. Coulom, Jr.