UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| SECURITY INSURANCE COMPANY OF HARTFORD, as successor to FIRE AND CASUALTY INSURANCE COMPANY OF CONNECTICUT,<br>    Plaintiff, | :<br>:<br>:<br>:<br>: | |
| v. | : | Civil No. 3:03cv1000 (PCD) |
| TRUSTMARK INSURANCE COMPANY,<br>    Defendant. | :<br>:<br>: | |

## ORDER TO SHOW CAUSE

Plaintiff's Motion for Order to Show Cause [Doc. No. 23] is **granted in part**. Defendant Trustmark Insurance Company shall file and serve any written opposition with the Clerk of the United States District Court, District of Connecticut at 141 Church Street, New Haven, Connecticut 06510 on or before the 6th day of September, 2006 and thereby show cause why Plaintiff's Application for Order of Contempt [Doc. No. 23] should not be granted.

Plaintiff shall serve this Order and all related papers upon Defendant on or before August 22, 2006. Plaintiff's reply papers, if any, shall be filed with the Court on or before September 16, 2006.

SO ORDERED.

Dated at New Haven, Connecticut, August  15 , 2006.

                                    /s/
                        Peter C. Dorsey, U.S. District Judge
                               District of Connecticut