UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| SECURITY INSURANCE COMPANY OF HARTFORD, as successor to FIRE AND CASUALTY INSURANCE COMPANY OF CONNECTICUT,<br><br>Plaintiff,<br><br>v.<br><br>TRUSTMARK INSURANCE COMPANY,<br><br>Defendant. | CIVIL ACTION NO.<br>3:03cv1000(PCD)<br><br><br><br><br>AUGUST 23, 2006 |

**APPEARANCE**

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for Trustmark Insurance Company.

| | |
|---|---|
| ___August 23, 2006___<br>Date | ___[signature]___<br>Brian P. Daniels |
| ___ctl1863___<br>Connecticut Federal Bar Number | Brenner, Saltzman & Wallman LLP<br>Print Clearly or Type Name |
| (203) 772-2600<br>Telephone Number | 271 Whitney Avenue<br>Address |
| (203) 562-2098<br>Facsimile Number | New Haven, CT 06511 |
| bpdaniels@bswlaw.com<br>Email Address | |

## CERTIFICATE OF SERVICE

This is to certify that the foregoing Appearance was mailed on this date to the following:

Frank F. Coulom, Jr.
Marion B. Manzo
ROBINSON & COLE
280 Trumbull Street
Hartford, CT  06103-3597

Kathryn C. Ellsworth
DEWEY BALLANTINE
1301 Avenue of the Americas
New York, NY  10019-6092

David Spector
Everett J. Cygal
SCHIFF, HARDIN & WAITE
6600 Sears Tower
Chicago, IL  60606-5600

Jeffrey R. Hellman
ZEISLER & ZEISLER, P.C.
558 Clinton Avenue
P.O. Box 3186
Bridgeport, CT  06605-0186

_____
Brian P. Daniels

05061\002\9n7326.doc