UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
------------------------------------------------------------------x
SECURITY INSURANCE COMPANY OF :
HARTFORD, as successor to FIRE AND :
CASUALTY INSURANCE COMPANY :
OF CONNECTICUT, :
: **Civil No.. 3:03cv1000(PCD)**
                           Petitioner, :
: **AFFIDAVIT OF SERVICE**
       v. :
:
TRUSTMARK INSURANCE COMPANY, :
:
                         Respondent. :
------------------------------------------------------------------ x

STATE OF NEW YORK    )
                           : ss.:
COUNTY OF NEW YORK  )

       KEVIN KOHBERGER, being duly sworn, deposes and says: I am not a party to the action, am over 18 years of age and am employed by the law firm of Dewey Ballantine LLP.

       On the 21st day of August, 2006, I served the attached ORDER TO SHOW CAUSE signed by Judge Peter C. Dorsey on August 15, 2006 via First Class Mail to the attorneys listed below at their address designated for service of papers:

| | |
|---|---|
| David Spector, Esq. | Jeffrey R. Hellman, Esq. |
| Everett J. Cygal, Esq. | Zeisler &Zeisler, P.C. |
| Schiff, Hardin & White | 558 Clinton Avenue |
| 6600 Sears Tower | P.O. Box 3186 |
| Chicago, IL 60606-5600 | Bridgeport, CT 06605-0186 |

                                                     *Kevin Kohberger*
                                                   KEVIN KOHBERGER
                                                   Lic. No. 1222809

Sworn to before me this
21st day of August, 2006

*[signature]*
NOTARY PUBLIC

                                       JENNIFER D. KENNA
                              NOTARY PUBLIC, State of New York
                                    No. 01KE6145624
                             Qualified in Richmond County
                       Certificate Filed in New York County
                       Commission Expires May 8, 2010