UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| SECURITY INSURANCE COMPANY OF HARTFORD, as successor to FIRE AND CASUALTY INSURANCE COMPANY, : Plaintiff, : v. : TRUSTMARK INSURANCE COMPANY, : Defendant. | CIVIL ACTION NO. 3:03cv1000(PCD) AUGUST 29, 2006 |

**DEFENDANT'S CONSENTED-TO MOTION FOR EXTENSION OF TIME TO FILE OPPOSITION MEMORANDUM**

Pursuant to Local Rule 7(b), Defendant Trustmark Insurance Company hereby moves for a 16-day extension of time to and including September 22, 2006 in which to oppose the Application for Order of Contempt filed by Plaintiff Security Insurance Company of Hartford. The current deadline is September 6, 2006, but given the nature of the subject motion, additional time is needed to respond to same.

Counsel for Defendant has consulted with counsel for Plaintiff regarding the instant request, and Plaintiff consents to the granting of this motion. This is the first motion for extension of time with respect to Defendant's above-described opposition memorandum.

For the foregoing reasons, this motion should be granted.

DEFENDANT TRUSTMARK INSURANCE COMPANY

By: *s/Brian P. Daniels*
    Brian P. Daniels (ct11863)
    BRENNER, SALTZMAN & WALLMAN LLP
    271 Whitney Avenue
    New Haven, CT  06511
    Juris No. 06063
    Tel. (203) 772-2600
    Fax: (203) 562-2098
    Email:  bpdaniels@bswlaw.com

    David Spector, Esq.
    Everett J. Cygal, Esq.
    Schiff, Hardin & White
    6600 Sears Tower
    Chicago, IL  60606-5600
    Tel. (312) 258-5500
    Fax: (312) 258-5700
    Email:  dspector@schiffhardin.com
           ecygal@schiffhardin.com

## CERTIFICATE OF SERVICE

This is to certify that a true and accurate copy of the foregoing was served via United States first-class mail, postage prepaid, this 29th day of August, 2006 to all counsel and pro se parties of record as follows:

> David J. Grais
> Kathryn C. Ellsworth
> DEWEY BALLANTINE
> 1301 Avenue of the Americas
> New York, NY  10019-6092
>
> Frank F. Coulom, Jr.
> Marion B. Manzo
> ROBINSON & COLE
> 280 Trumbull Street
> Hartford, CT  06103-3597
>
> Jeffrey R. Hellman
> ZEISLER & ZEISLER, P.C.
> 558 Clinton Avenue
> P.O. Box 3186
> Bridgeport, CT  06605-0186.

*s/Brian P. Daniels*
Brian P. Daniels

m:\docs\05061\002\9n9369.doc