UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

SECURITY INSURANCE COMPANY OF
HARTFORD, as successor to FIRE AND
CASUALTY INSURANCE COMPANY OF
CONNECTICUT,

                 Petitioner,

      v.

TRUSTMARK INSURANCE COMPANY,

                 Respondent.

:
:
:
:
:     CIVIL NO. 3:03 CV 1000(PCD)
:
:
:
:
:
:
:
:
:     OCTOBER 2, 2006

**PETITIONER'S CONSENTED-TO MOTION FOR EXTENSION OF
TIME TO FILE REPLY MEMORANDUM**

        Pursuant to Rule 7(b) of the Local Rules of Civil Procedure, the Petitioner,

Security Insurance Company of Hartford, as successor to Fire and Casualty Insurance

Company of Connecticut, hereby moves for a one-week extension of time to and

including October 9, 2006, in which to file a reply memorandum in further support of

Petitioner's motion to hold Trustmark Insurance Company in contempt.

        Counsel for Petitioner has consulted with counsel for Respondent

regarding the instant request, and Respondent consents to the granting of this motion.

This is the first motion for extension of time with respect to Petitioner's reply

memorandum.

NEW HAVEN, CONN.
U.S. DISTRICT COURT

Sep 32  12 32 PM '06

FILED

For the foregoing reasons, this motion should be granted.

Respectfully submitted,

SECURITY INSURANCE COMPANY OF
HARTFORD, as successor to FIRE &
CASUALTY INSURANCE COMPANY
OF CONNECTICUT

By:_____
Frank F. Coulom, Jr. (ct 05230)
Robinson & Cole LLP
280 Trumbull Street
Hartford, Connecticut 06103-5397
Tel: (860) 275-8200
Fax: (860) 275-8299

Of Counsel:

David J. Grais
Kathryn C. Ellsworth
Dewey Ballantine LLP
1301 Avenue of the Americas
New York, New York 10019-6092
Tel: (212) 259-8000
Fax: (212) 259-6333

## CERTIFICATION

This is to certify that on this 2nd day of October, 2006, a copy of the foregoing

Petitioner's Consented-To Motion For Extension of Time to File Reply Memorandum

was served by first class mail, postage prepaid, on the following counsel of record:

David Spector, Esq.
Everett J. Cygal, Esq.
Schiff, Hardin & White
6600 Sears Tower
Chicago, IL 60606-5600

Jeffrey R. Hellman, Esq.
Zeisler & Zeisler, P.C.
558 Clinton Ave.
P.O. Box 3186
Bridgeport, CT 06605-0186

Frank F. Coulom, Jr.