UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| SECURITY INSURANCE COMPANY OF HARTFORD, as successor to FIRE AND CASUALTY INSURANCE COMPANY OF CONNECTICUT, | : <br> : <br> : <br> :    CIVIL NO. 3:03 CV 1000(PCD) |
|     Petitioner, | : <br> : |
| V. | : <br> : |
| TRUSTMARK INSURANCE COMPANY, | :    OCTOBER 10, 2006 |
|     Respondent. | |

## MOTION TO SEAL

Pursuant to Rule 5 of the Local Rules of Civil Procedure, the Petitioner, Security Insurance Company of Hartford, as successor to Fire and Casualty Insurance Company of Connecticut, hereby petitions the Court to seal its Reply Memorandum of Law In support of The Application of Security Insurance Company of Hartford, as successor to Fire and Casualty Insurance Company of Connecticut, To Hold Trustmark Insurance Company in Contempt.

The Petitioner has filed the instant action seeking to hold Trustmark in contempt of a judgment confirming an arbitration award.

FCIC and Trustmark entered into a confidentiality agreement regarding the underlying arbitration. According to the confidentiality agreement previously filed with the Court, the final award of the arbitrators is to be considered confidential information.

Accordingly, the Petitioner respectfully requests that the Court seal its Reply Memorandum of Law In Support of The Application of Security Insurance Company of Hartford, as successor to Fire and Casualty Insurance Company of Connecticut, To Hold Trustmark Insurance Company in Contempt.

          Respectfully submitted,

          SECURITY INSURANCE COMPANY OF
          HARTFORD, as successor to FIRE &
          CASUALTY INSURANCE COMPANY
          OF CONNECTICUT

By: _____
          Frank F. Coulom, Jr. (ct 05230)
          Robinson & Cole LLP
          280 Trumbull Street
          Hartford, Connecticut 06103-5397
          Tel: (860) 275-8200
          Fax: (860) 275-8299

Of Counsel:

David J. Grais
Kathryn C. Ellsworth
Dewey Ballantine LLP
1301 Avenue of the Americas
New York, New York 10019-6092
Tel: (212) 259-8000
Fax: (212) 259-6333

## CERTIFICATION

This is to certify that on this 10th day of October, 2006, a copy of the foregoing Motion To Seal was served by first class mail, postage prepaid, on the following counsel of record:

David Spector, Esq.
Everett J. Cygal, Esq.
Schiff, Hardin & White
6600 Sears Tower
Chicago, IL 60606-5600

Jeffrey R. Hellman, Esq.
Zeisler & Zeisler, P.C.
558 Clinton Ave.
P.O. Box 3186
Bridgeport, CT 06605-0186


Brian P. Daniels, Esq.
Brenner, Saltzman & Wallman LLP
271 Whitney Avenue
New Haven, CT 06511

Frank F. Coulom, Jr.