UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| SECURITY INSURANCE COMPANY OF HARTFORD, as successor to FIRE AND CASUALTY INSURANCE COMPANY OF CONNECTICUT,<br><br>Petitioner,<br><br>v.<br><br>TRUSTMARK INSURANCE COMPANY,<br><br>Respondent. | CIVIL NO. 3:03 CV 1000 (PCD)<br><br><br><br>MAY 16, 2007 |

## PETITIONER'S MOTION TO AMEND THE JUDGMENT
## TO REFLECT THE PANEL'S CLARIFICATION OF ITS AWARD

ROBINSON & COLE LLP
280 Trumbull Street
Hartford, Connecticut 06103-5397
(860) 275-8200

GRAIS & ELLSWORTH LLP
70 East 55th Street
New York, New York 10022
(212) 755-0100

Attorneys for Petitioner

HART1-1401353-1

For the reasons set forth in the accompanying Memorandum of Law, the Petitioner, Security Insurance Company of Hartford, as successor to Fire and Casualty Insurance Company of Connecticut, hereby moves to amend the judgment to reflect the panel's clarification of its award.

WHEREFORE, the Petitioner respectfully requests that this motion be granted.

Respectfully submitted,

SECURITY INSURANCE COMPANY OF HARTFORD, as successor to FIRE & CASUALTY INSURANCE COMPANY OF CONNECTICUT

By: _____
Frank F. Coulom, Jr. (ct 05230)
Robinson & Cole LLP
280 Trumbull Street
Hartford, Connecticut 06103-5397
Tel: (860) 275-8200
Fax: (860) 275-8299

Of Counsel:

David J. Grais
Kathryn C. Ellsworth
Grais & Ellsworth LLP
70 East 55th Street
New York, NY 10022
Tel: (212) 755-0100
Fax: (212) 755-0052

## CERTIFICATION

This is to certify that on this 16th day of May, 2007, a copy of the foregoing Petitioner's Motion To Amend The Judgment To Reflect The Panel's Clarification Of Its Award was served by first class mail, postage prepaid, on the following counsel of record:

David Spector, Esq.
Everett J. Cygal, Esq.
Schiff, Hardin & White
6600 Sears Tower
Chicago, IL  60606-5600

Jeffrey R. Hellman, Esq.
Zeisler & Zeisler, P.C.
558 Clinton Ave.
P.O. Box 3186
Bridgeport, CT 06605-0186

Brian P. Daniels, Esq.
Brenner, Saltzman & Wallman LLP
271 Whitney Avenue
New Haven, CT  06511

_____
Frank F. Coulom, Jr.

- 2 -