------------------------------------------------------------x

In the Matter of the Arbitration Between:

FIRE AND CASUALTY INSURANCE
COMPANY OF CONNECTICUT,

                              Petitioner,

and

TRUSTMARK INSURANCE COMPANY,

                              Respondent.

**BEFORE**

Umpire:   Martin D. Haber
Arbitrator:  Wendell O. Ingraham
Arbitrator:  Ronald S. Gass

------------------------------------------------------------x

**Panel Reply to U.S. District Judge Peter C. Dorsey**

Upon remand of this matter by U.S. District Judge Peter C. Dorsey pursuant to *Security Insurance Company of Hartford v. Trustmark Insurance Company*, Civil No. 3:03 CV 1000 (PCD), 2006 U.S. Dist. LEXIS 82438 (D. Ct. Nov. 13, 2006), to the same arbitration Panel issuing the May 23, 2003 Final Order *In the Matter of the Arbitration Between Fire and Casualty Insurance Company of Connecticut, Petitioner and Trustmark Insurance Company, Respondent* (the "Final Order"), the Panel, having been duly reconstituted and accepted by the parties following a remand organizational meeting held in New York, New York on January 4, 2007 and having held a hearing on April 19, 2007 in New York, New York at which the parties presented oral argument and having met and deliberated following that hearing and having fully considered all of the parties' remand briefs, reply briefs, exhibits, and oral argument, responds as follows to the two questions posed by the Court upon remand:

1.      "[W]hether it was Trustmark's option to pursue the question of redress of the $9,424,337 in another legal proceeding, without altering Trustmark's ultimate responsibility to FCIC, diminished

only by whatever it received from arbitration or any other legal proceeding, if anything[?]" - The Panel's answer is yes.

2. "[W]hether the [Panel's] Order provided for Trustmark's pursuit of a legal proceeding other than arbitration on FCIC's behalf [?]" - The Panel's answer is yes.

_____
Umpire for and on behalf of the Panel

Dated: April 21, 2007