UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

SECURITY INSURANCE COMPANY OF
HARTFORD, AS SUCCESSOR TO
FIRE AND CASUALTY INSURANCE
COMPANY OF CONNECTICUT

   v.             Civil No.  3:03 CV 1000 (PCD)

TRUSTMARK INSURANCE COMPANY

**AMENDED JUDGMENT**

  The Judgment entered in this case on September 25, 2003, is hereby amended as follows:

  This matter came before the Honorable Peter C. Dorsey, Senior United States District Judge, on plaintiff's application to confirm arbitration award.  The Court has reviewed all of the papers filed in conjunction with the application and on July 21, 2003, entered a ruling granting the application to confirm the arbitration award.  On May 24, 2007, an Order entered on Motion to Amend the Judgment.

  It is therefore ORDERED and ADJUDGED that the arbitration award is confirmed and should reflect the clarification made by the panel in its reply to this Court dated April 21, 2007 [Doc. No. 46].

  Dated at New Haven, Connecticut, this 1st day of June, 2007.

                KEVIN F.  ROWE, CLERK
                By

                /s/

                Patricia A. Villano
                Deputy Clerk

EOD: _____